Richard L. Rudin, Esq.
Attorney ID No. 237091969
**WEINER LESNIAK LLP**
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey 07054-0438
Ph: (973) 403-1100/Fax: (973) 403-0010
Email: rrudin@weinerlesniak.com
Attorneys for Defendant, Township of Howell, N.J.
Our File No. HOWSC-002L    1110991_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| CONGREGATION KOLLEL, INC., and ZEBRA HOLDINGS, LLC, Plaintiffs, v. TOWNSHIP OF HOWELL, N.J., and HOWELL TOWNSHIP ZONING BOARD OF ADJUSTMENT, Defendants. | Civil Case No. 3:16-cv-02457-FLW-LHG  Civil Action  APPLICATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF ON MOTION TO DISMISS |
|---|---|

Defendant, Township of Howell, N.J., respectfully requests an extension of time within which to file a reply brief on the pending Motion to Dismiss the Complaint.

(1) The Motion to Dismiss the Complaint was filed on July 6, 2016. The original motion day was August 1, 2016.

(2) With the consent of the defendants' counsel, the plaintiffs applied for an extension of time from the Clerk pursuant to Local Rule 7.1(d)(5). As a result, the motion day was adjourned until August 15, 2016.

(3) Plaintiffs' filed their 40 page Opposition Brief and extensive Declaration on August 1, 2016. The defendants' Reply Brief is currently due on August 8, 2016.

(4) At the request of the undersigned, the plaintiffs' attorney, Christopher K. Costa, Esq., has consented to an extension of time for the filing of the Reply Brief.

(5) An extension is needed because Ronald D. Cucchiaro, Esq., co-counsel for the defendant, Township of Howell, N.J., who worked on the original motion papers with the undersigned counsel, is on vacation through August 11, 2016. In addition, the undersigned has been preparing an appellate brief in the case of Esposito v. Hanover 3201 Realty, LLC, Docket No. A-3238-15T3, which must be filed and served by August 5, 2016.

(6) Since the next motion day is September 6, 2016, the plaintiffs' counsel have asked that, if the Court grants oral argument, it be scheduled on a day other than September 6, 2016 because of the attorneys' conflict on that date.

I certify that the foregoing statements are true, and acknowledge that if any of the foregoing statements are willfully false, I am subject to punishment.

By: /s/ Richard L. Rudin
Richard L. Rudin, Esq.

Dated: June 1, 2016

## ORDER

The request of defendant, Township of Howell, N.J., for an extension of time to file its Reply Brief on the pending Motion to Dismiss is hereby granted. The new motion day is September 6, 2016. The defendants' reply papers must be filed and served on or before _August 29_, 2016.

*Freda L. Wolfson*
Honorable Freda L. Wolfson, U.S.D.J.

Dated: August 5, 2016