AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey   ▼

CONGREGATION KOLLEL, INC., and ZEBRA HOLDINGS II, LLC,      )
        *Plaintiff*            )
TOWNSHIP OF HOWELL, N.J., and HOWELL TOWNSHIP ZONING    )
BOARD OF ADJUSTMENT,                 )
        *Defendant*          )

Case No. 3:16-cv-02457-FLW-LHG

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiffs CONGREGATION KOLLEL, INC., and ZEBRA HOLDINGS II, LLC,

Date:   9/8/2016

                                  *Attorney's signature*

                       Sieglinde Katharine Rath
                     *Printed name and bar number*

       1025 Connecticut Ave NW, Suite 1000, Washington, D.C. 20036
                            *Address*

                      rath@storzerlaw.com
                       *E-mail address*

                      (202)-857-9766
                       *Telephone number*

                      (202)-315-3996
                       *FAX number*