IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Andrew Bayer (03387-1988)
GluckWalrath LLP
428 River View Plaza
Trenton, New Jersey 08611
(609) 278-3900 (phone)
abayer@glucklaw.com
Attorneys for Defendant, Howell Township Zoning Board of Adjustment

| | |
|---|---|
| CONGREGATION KOLLEL, INC., and ZEBRA HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF HOWELL, N.J., and HOWELL TOWNSHIP ZONING BOARD OF ADJUSTMENT,<br><br>Defendants | CIV. ACTION NO.<br><br>3:16-cv-2457 (FLW/HLG)<br><br><br><br>**SUBSTITUTION OF ATTORNEY** |

The parties hereby consent to the substitution of Andrew Bayer. of the firm, GluckWalrath LLP in place of Joseph Clark, Esq. of the Township of Howell, as attorney(s) for Howell Township Zoning Board of Adjustment in the above captioned matter.

_____
Joseph Clark
Howell Township
Withdrawing Attorney(s)

Dated: 1/10/18

_____
Andrew Bayer
GluckWalrath LLP
Superseding Attorney(s)

Dated: 1/10/18