UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONGREGATION KOLLEL, INC., and ZEBRA HOLDINGS II, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF HOWELL, N.J., and HOWELL TOWNSHIP ZONING BOARD OF ADJUSTMENT,<br><br>    Defendants. | Civil Action No. 3:16-cv-02457-FLW-LHG<br><br><br>ORDER SEALING DOCUMENT NUMBERS 32 AND 33 |

**THIS MATTER** having come before the Court on the motion of defendant, Township of Howell, N.J., with the consent of the counsel for the plaintiffs, Congregation Kollel, Inc. and Zebra Holdings II, LLC and defendant, Howell Township Zoning Board of Adjustment, as emergent application pursuant to Local Civil Rule 5.3(c)(9); and the Court having reviewed Document No. 32, which is a letter to the Court requesting a one (1) month extension of the mediation stay that contains a description of the on-going settlement negotiations, and Document No. 33, which is the Court Order granting the stay stamped on the same letter; and the Court having reviewed the reasons provided by the applicant for the sealing of the documents, and having determined that there is good cause to grant the application,

**ACCORDINGLY, IT IS** on this 5TH day of FEBRUARY, 2018;

**HEREBY ORDERED** that the application by the defendant, Township of Howell, N.J., on emergent basis to seal Document Nos. 32 and 33 on the Docket shall be, and hereby is, granted, pursuant to the provisions of Local Civil Rule 5.3(c)(9); and

**IT IS FURTHER ORDERED** that Document No. 32 on the Docket consisting of the letter from Richard L. Rudin, Esq. to the Honorable Lois H. Goodman, U.S.M.J., requesting a one (1) month extension of the mediation stay and Document No. 33 consisting of the Court's Order stamped on the letter, shall be maintained under seal until the further Order of the Court.

_____
HON. LOIS H. GOODMAN, U.S.M.J.

1341283_1